# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PREJI KURIAKOSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER, SSA,<br><br>　　　　Defendant. | § § § § § § § § § §　　CIVIL ACTION NO. 4:23-CV-00647-ALM-AGD |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2025, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that the Commissioner's decision be affirmed.

On March 28, 2025, Plaintiff filed timely objections to the Report (Dkt. #15). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #15) and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #14) is **DENIED as moot**.

**IT IS SO ORDERED.**

**SIGNED this 31st day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE